STEVE MORRIS, Bar No. 1543
sm@morrislawgroup.com
ROSA SOLIS-RAINEY, Bar No. 7921
rsr@morrislawgroup.com
MORRIS LAW GROUP
801 S. Rancho Dr., Ste B4
Las Vegas, Nevada 89106
Telephone:  (702) 474-9400
Facsimile: (702) 474-9422

TIMOTHY G. NELSON (*Pro Hac Vice*)
timothy.g.nelson@skadden.com
EVA Y. CHAN (*Pro Hac Vice*)
eva.chan@skadden.com
ELISE S. FAUST (*Pro Hac Vice*)
elise.faust@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York  10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Applicants
EVENSTAR MASTER FUND SPC and
EVENSTAR SPECIAL SITUATIONS LIMITED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re Ex Parte* Application of EVENSTAR MASTER FUND SPC for and on behalf of EVENSTAR MASTER SUB-FUND I SEGREGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED,<br><br>    Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding. | **CASE NO.**: 2:20-CV-02333-KJD-BNW<br><br>STIPULATION TO EXTEND BRIEFING ON EVENSTAR'S MOTION TO COMPEL<br><br>FIRST REQUEST TO EXTEND |

      Whereas on January 14, 2021, the Court granted Applicants' *ex parte* application to issue certain subpoenas to "Jing Cao Mo" pursuant to 28 U.S.C. § 1782 (ECF No. 10);

Whereas on February 21, 2021, Applicants submitted affidavits of service of such subpoenas (ECF No. 15);

Whereas on April 8, 2021, Applicants brought a motion to compel (ECF No. 18);

Whereas on April 12, 2021, this Court set a hearing on the motion to occur by videoconference on June 6, 2021;

Whereas counsel for Applicants and Jing Cao have conferred in good faith concerning the timing of the briefing on Applicants' motion to compel, and any motion by Ms. Cao to quash or modify the subpoenas that may be brought by Ms. Cao during the pendency of the motion to compel;

Whereas, the parties agree that the modest extensions of the briefing deadlines may be helpful in view of the nature of the issues in the case; and

Whereas the request is not for purposes of delay, the parties hereby stipulate to the following proposed briefing schedule, which closes briefing well in advance of the hearing set by the Court:

**May 7, 2021** - Deadline for Ms. Cao to file (i) papers in opposition to Applicants' motion to compel (ECF No. 18) and (ii) any motion to quash or modify the subpoenas;

In the event Ms. Cao files a motion to quash or modify the subpoenas, the deadline for Applicants' Reply in Support of its Motion to Compel and response to any motion to quash shall be **May 21, 2021**, and the deadline for Ms. Cao's reply papers in support of any motion to quash or modify the subpoenas shall be **May 28, 2021**;

. . .

In the event Ms. Cao does not file a motion to quash or modify, the deadline for Applicants' Reply in Support of its Motion to Compel shall be **May 17, 2021**.

Respectfully submitted on this 19th day of April, 2021.

| LANKLER SIFFERT & WOHL LLP | MORRIS LAW GROUP |
|---|---|
| By: /s/ Matthew G. Coogan | By: /s/ Steve Morris |
| Matthew G. Coogan *(Will Comply With L.R. 11-2 Within 14 Days)* | Steve Morris, Bar No. 1543 |
| John S. Siffert *(Will Comply With L.R. 11-2 Within 14 Days)* | Rosa Solis-Rainey, Bar No. 7921 |
| Brice Jastrow *(Will Comply With L.R. 11-2 Within 14 Days)* | 801 S. Rancho Drive Suite B4 |
| 500 Fifth Avenue | Las Vegas, Nevada 89106 |
| New York, NY 10110 | sm@morrislawgroup.com |
| mcoogan@lswlaw.com | rsr@morrislawgroup.com |
| jsiffert@lswlaw.com | |
| bjastrow@lswlaw.com | Timothy G. Nelson *(Pro Hac Vice)* |
| | Eva Y. Chan *(Pro Hac Vice)* |
| Attorneys for Subpoena Recipient JING CAO | Elise S. Faust *(Pro Hac Vice)* |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | One Manhattan West |
| | New York, New York 10001 |
| | timothy.g.nelson@skadden.com |
| | eva.chan@skadden.com |
| | elise.faust@skadden.com |
| | |
| | Attorneys for Applicants |
| | EVENSTAR MASTER FUND SPC and EVENSTAR SPECIAL SITUATIONS LIMITED |

**ORDER**

IT IS SO ORDERED.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

Date: April 23, 2021

3