J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

MATTHEW G. COOGAN (*pro hac vice*)
mcoogan@lswlaw.com
JOHN S. SIFFERT (*pro hac vice*)
jsiffert@lswlaw.com
BRICE JASTROW (*pro hac vice*)
bjastrow@lswlaw.com
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

*Attorneys for Respondent Jing Cao*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>EVENSTAR MASTER FUND SPC for and on Behalf of EVENSTAR MASTER SUB-FUND I SEGRAGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding | Case No.: 2:20-cv-02333-KJD-BNW<br><br>**RESPONDENT JING CAO'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN FURTHER SUPPORT OF HER MOTION TO QUASH (ECF NO. 18)**<br>**(First Request)** |

Respondent Jing Cao brings this motion pursuant to LR-IA 6-1 of the Local Rules of Practice, United States District Court, District of Nevada, to extend her time to file reply papers in further support of her Motion to Quash Subpoenas Issued by Evenstar Master Fund SPC and

1

KNW 27140

Evenstar Special Situations Limited Pursuant to 28 U.S.C. § 1782 (the "Motion to Quash"), filed May 7, 2021 (ECF No. 35). Under the Court's current scheduling order (ECF No. 24), Respondent's reply papers are due today, May 28, 2021. The Court has scheduled oral argument on the Motion to Quash and Petitioners' related motion to compel (ECF No. 18) for June 8, 2021, at 10:00 a.m.

This is Respondent's first request to extend her time to file reply papers. On May 7, 2021, Respondent submitted a declaration in support of her Motion to Quash stating that she had searched for documents in her possession responsive to Petitioners' subpoena and had not located any responsive documents. (ECF No. 32.) In preparing earlier this week to file a supplemental reply declaration, Respondent realized that several emails in her possession that she previously thought were not responsive to Petitioners' subpoena actually contained some information that was responsive. Respondent requests additional time file her reply papers so that she can determine the scope of the inaccuracy in her prior declaration and correct it.

. . .

. . .

. . .

. . .

. . .

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

Counsel for Respondent explained the foregoing to Petitioners' counsel and requested that they consent to additional time for Respondent to file her reply papers. Petitioners' counsel indicated that they would not oppose this application provided that (i) Respondent file reply papers by June 3 and (ii) the currently scheduled June 8 argument date is not changed. Respondent therefore respectfully requests that the Court permit Respondent to file her reply papers on June 3, 2021.

RESPECTFULLY SUBMITTED this 28th day of May 2021.

LANKLER SIFFERT & WOHL LLP

*/s/ Matthew G. Coogan*
Matthew G. Coogan, Esq. (*pro hac vice*)
John S. Siffert, Esq. (*pro hac vice*)
Brice Jastrow, Esq. (*pro hac vice*)
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

ALVERSON TAYLOR & SANDERS
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

*Attorneys for Jing Cao*

## **ORDER**

IT IS ORDERED that defendant Jing Cao's motion (ECF No. 44) is GRANTED. Defendant's reply to the response to ECF No. 35 is due 6/3/2021.

**IT IS SO ORDERED**

**DATED:** 1:48 pm, June 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**