J. BRUCE ALVERSON, ESQ.
Nevada Bar No. 1339
KURT BONDS, ESQ.
Nevada Bar No. 6228
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
702-384-7000 Phone
702-385-7000 Fax

MATTHEW G. COOGAN (*pro hac vice*)
mcoogan@lswlaw.com
JOHN S. SIFFERT (*pro hac vice*)
jsiffert@lswlaw.com
BRICE JASTROW (*pro hac vice*)
bjastrow@lswlaw.com
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

B. ANDREW BEDNARK (*pro hac vice*)
abednark@omm.com
ANDREW CHURCHILL (*pro hac vice*)
achurchill@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
212-326-2289

WILLIAM K. PAO (*pro hac vice*)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
213-430-6407

*Attorneys for Respondent Jing Cao*

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>EVENSTAR MASTER FUND SPC for and on Behalf of EVENSTAR MASTER SUB-FUND I SEGRAGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding | Case Number<br>2:20-cv-02333-KJD-BNW |

## STIPULATION AND [PROPOSED] ORDER
## GRANTING SUBSTITUTION OF COUNSEL

Notice is hereby given that, subject to approval of the court, Respondent Jing Cao substitutes the law firm of O'Melveny & Myers LLP, and its attorney B. Andrew Bednark, as counsel of record in place of the law firm Lankler Siffert & Wohl LLP, and its attorneys John S. Siffert, Mathew G. Coogan, and Brice G. Jastrow. Contact information for new counsel is as follows:

B. Andrew Bednark
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2289
Fax: (212) 326-2061
abednark@omm.com

2

I consent to the above substitution.

Dated: May 4th, 2022

Jing Cao

We consent to being substituted.

Dated: March 9, 2022

John S. Siffert
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399
jsiffert@lswlaw.com

Dated: March 9, 2022

Matthew G. Coogan
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399
mcoogan@lswlaw.com

Dated: March 9, 2022

Brice G. Jastrow
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399
bjastrow@lswlaw.com

3

1 | We consent to the above substitution.

3 | Dated: March 8, 2023

*Andrew Bednark /ante*
B. Andrew Bednark
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2289
abednark@omm.com

**ORDER**

**IT IS SO ORDERED**

DATED: 3:53 pm, March 13, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000

4