KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: KWilson@messner.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>EVENSTAR MASTER FUND SPC for and on Behalf of EVENSTAR MASTER SUB-FUND I SEGREGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED,<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding. | CASE NO: 2:20-cv-02333-KJD-BNW<br><br>**MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** |

COMES NOW Karie N. Wilson, Esq. and respectfully moves this Court for an order permitting Karie N. Wilson, Esq., who has appeared in these proceedings, to withdraw as counsel for Respondent Jing Cao in the above captioned matter, pursuant to Local Rule IA 11-6, S.C.R. 46, and N.R.P.C. 1.16(b)(1) and (7).

This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Karie N. Wilson, Esq., the pleadings and papers on file herein, and any argument at the hearing of this Motion to Withdraw as Counsel of Record.

. . .

### DECLARATION OF KARIE N. WILSON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

I, KARIE N. WILSON, ESQ. declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney admitted to practice in all courts of the State of Nevada. I have personal knowledge of the facts set forth below and I believe them to be true. I am competent to testify to the matters set forth herein.

2. I represented Respondent Jing Cao while employed at Alverson Taylor & Sanders from the date of Ms. Cao's initial appearance until my departure from Alverson Taylor & Sanders on October 21, 2022.

3. I am no longer employed with Alverson Taylor & Sanders as of October 21, 2022.

4. I currently do not represent Respondent Jing Cao as outside counsel or in any other capacity, on any pending matter before this Court.

5. Respondent Jing Cao is still being represented by Alverson Taylor & Sanders and O'Melveny & Myers LLP and the attorneys identified within the CM/ECF filing system.

6. No delay of any kind will result from Ms. Wilson's withdrawal because Respondent is represented in this matter by Alverson Taylor & Sanders and O'Melveny & Myers LLP and the attorneys identified within the CM/ECF filing system.

FURTHER DECLARANT SAYETH NAUGHT.

DATED this 14th day of March 2023.

*/s/ Karie N. Wilson*
Karie N. Wilson, Esq.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### ARGUMENT

Ms. Wilson is no longer employed as an attorney with Respondent's counsel, Alverson Taylor & Sanders. Furthermore, Ms. Wilson was not retained to represent Respondent as outside counsel, in the above captioned matter, or any other pending case or matter before this Court on behalf of Respondent Jing Cao.

Local Rule IA 11-6(b) provides "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Respondent's counsel was aware that Ms. Wilson would no longer be representing Respondent upon Ms. Wilson's final date of employment with Alverson Taylor & Sanders. Additionally, opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Additionally, Local Rule IA 11-6(e) provides that "…no withdrawal or substitution will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Here, no delay of any kind will result from Ms. Wilson's withdrawal because Respondent is still represented in this matter by Alverson Taylor & Sanders and O'Melveny & Myers LLP as represented by the attorneys listed within the CM/ECF filing system on behalf of Respondent. Ms. Wilson's withdrawal will not prejudice either party or delay any proceeding in this matter.

. . .

. . .

. . .

. . .

## II.

## **CONCLUSION**

For the reasons set forth above, Ms. Wilson respectfully moves this Court to enter an Order approving the withdrawal of Ms. Wilson as counsel of record for Respondent Jing Cao in the above-captioned matter.

DATED this 14th day of March 2023.

        MESSNER REEVES LLP

        _/s/ Karie N. Wilson_
        KARIE N. WILSON, ESQ.
        Nevada Bar No. 7957
        8945 West Russell Road, Suite 300
        Las Vegas, Nevada 89148
        Telephone: (702) 363-5100
        Facsimile: (702) 363-5101
        E-mail: KWilson@messner.com

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: March 15, 2023

## CERTIFICATE OF ELECTRONIC SERVICE

I certify that on the 14th day of March, 2022, service of the above and foregoing **MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** was made by electronically filing a true and correct copy of the same to each party addressed as follows:

*/s/ Veronica Pacheco*
An employee of MESSNER REEVES LLP