**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No.  13166
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Respondent Jing Cao*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| EVENSTAR MASTER FUND SPC for and on Behalf of EVENSTAR MASTER SUB-FUND I SEGRAGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED, | CASE NO: 2:20-cv-02333-KJD-BNW |
| Applicants, | |
| For an Order Pursuant to 28 U.S.C. 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding | |

**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

Kurt R. Bonds, Esq., of the law firm Hall & Evans, LLC (the "firm"), as former counsel

for JING CAO, (the "Party"), hereby submits Motion for Order Granting Request for Removal

from CM/ECF Service List as to Kurt R. Bonds, Esq. (the "Motion"). This Motion is made and

supported by the following Memorandum of Points and Authorities.

///

///

///

///

1                                         KB/AK/19950-1

**MEMORANDUM OF POINTS AND AUTHORITIES**

Kurt R. Bonds, Esq. is no longer involved in this matter. ECF notice to Kurt R. Bonds,

Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting

Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq.

Dated this 7th day of May, 2024.

**HALL & EVANS, LLC**

/s/ Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
ADAM R. KNECHT, ESQ.
Nevada Bar No. 13166
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Respondent Jing Cao*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** 5/8/2024

_____
U.S. MAGISTRATE JUDGE

KB/AK/19950-1