STEVE MORRIS, Bar No. 1543
sm@morrislawgroup.com
ROSA SOLIS-RAINEY, Bar No. 7921
rsr@morrislawgroup.com
MORRIS LAW GROUP
801 S. Rancho Dr., Ste B4
Las Vegas, Nevada 89106
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Applicants
EVENSTAR MASTER FUND SPC and
EVENSTAR SPECIAL SITUATIONS LIMITED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| *In re Ex Parte* Application of EVENSTAR MASTER FUND SPC for and on behalf of EVENSTAR MASTER SUB-FUND I SEGREGATED PORTFOLIO; and EVENSTAR SPECIAL SITUATIONS LIMITED,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from JING CAO MO for Use in a Foreign Proceeding. | CASE NO.: 2:20-CV-02333-KJD-BNW<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD |

Morris Law Group, Steve Morris, and Rosa Solis-Rainey hereby move to withdraw as counsel of record for Applicants, Evenstar Master Fund SPC and Evenstar Special Situations Limited and to be removed from service list.. As the underlying case has settled and this discovery proceeding no longer needed, the undersigned respectfully ask for the case to be closed.

Respectfully submitted,

*/s/ Steve Morris*
Steve Morris, Bar No. 1543
Rosa Solis-Rainey, Bar No. 7921
MORRIS LAW GROUP
801 S. Rancho Drive Suite B4
Las Vegas, Nevada 89106
sm@morrislawgroup.com
rsr@morrislawgroup.com

Attorneys for Applicants

CERTIFICATE OF SERVICE

  Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS LAW GROUP, and that the following document was served via electronic service to counsel on record with the Court and by email, to counsel listed below:  'NOTICE OF SETTLEMENT AND WITHDRAWAL OF COUNSEL.

  DATED this 7th day of May, 2024.

            By:  /s/ CATHY SIMICICH

DATE: 05/09/2024

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

2